UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES GOVEA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTEL, WARDEN M.C.S.P.,<br><br>　　　　Respondent. | CASE NO. CV 08-4507 R (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 2, 2012

　　　　　　　　　　　　　　　　　MANUEL J. REAL
　　　　　　　　　　　　　　　　　United States District Judge